

GILBERT CONTRERAS E-59058
P.O. BOX 689 DW-243 UPPER
SOLEDAD, CALIFORNIA. 93960

IN PRO SE

E-Filing  C 07 3818  SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,
                    PETITIONER,

V.

B. CURRY, ACTING WARDEN,
                    RESPONDENT.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: H031100 (MONTEREY
COUNTY SUPER. Ct. NO. HC5350)

MOTION: TO THE CLERK OF THE
COURT: REGARDING BELATED FILING
FEE, DUE TO INSTITUTIONAL TRUST
OFFICE LOST OF PETITIONER'S
SELF-ADDRESSED ENVELOPE TO THE
CLERK OF THE COURT FOR FILING;

TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, ON MARCH 8, 2007. I, PETITIONER

SUBMITTED A PETITION FOR A WRIT OF HABEAS CORPUS TO MY COUNSELOR

CCI ACEVES ALONG WITH A CDC-193 TRUST ACCOUNT WITHDRAWAL ORDER

FOR THE PURPOSE OF REMOVING $5.00 DOLLARS FROM MY TRUST ACCOUNT

FOR THE FILING FEE FOR THE HABEAS CORPUS, ALSO I SUBMITTED A

SELF-ADDRESSED STAMPED ENVELOPE AS PER CDC TITLE 15, RULES AND

IN ACCORDANCE WITH THE RULES OF COURT WHEN FILING DOCUMENTATION

WITH THE COURT'S. TO THE FOLLOWING ADDRESS:

CLERK OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE BOX 36060
SAN FRANCISCO, CALIFORNIA. 94102-7004

HOWEVER, I WAS JUST INFORMED BY MY COUNSELOR CCI ACEVES A (120)

HUNDREN AND TWENTY DAYS LATER. THAT THE TRUST OFFICE HERE AT

(1)

THE CALIFORNIA TRAINING FACILITY-CENTRAL, SOLEDAD STATE PRISON, SUBSEQUENTLY LOST THE SELF-ADDRESSED STAMPPED ENVELOPE WHICH SIGNIFICATELY DELAYED THE MAILING AND FILING OF MY PETITION TO THE COURT. THIS DELAY PLACES A HEAVY BURDEN UPON ME AS THE FIL-ING OF THIS PETITION IS SUBJECT TO STRICT TIME LIMITATIONS.

I, PETITIONER NOW COMES BEFORE THIS HONORABLE COURT IN GOOD FAITH AND WITH GOOD CAUSE BECAUSE THIS WHOLE SITUATION HAS BEEN BEYOND MY CONTROL AND THE COURT CAN SEE THAT THE INSTITUTION HAS LITTLE OR NO CONCERN FOR MY RIGHTS WHEN THE COURT'S ARE INVOLVED AND THIS IS A VERY SERIOUS ERROR WHICH I IMMEDIATELY BRING BE-FORE THIS HONORABLE COURT, AND I ASK THE CLERK OF THE COURT WHAT I MUST DO TO RIGHT THE WRONGS OF THE INSTITUTION. (PLEASE SEE EXHIBIT"A") WHICH IS A COPY OF THE CTF-304 MULTI-PURPOSE FORM ASKING THE TRUST OFFICE SUPERVISOR TO SUBMIT A STATEMENT THAT THEY ARE RESPONSIBLE FOR THE DELAY IN THE FILING OF MY PETITION ON TIME. THERE IS A GOOD PROBABILITY THAT IT WILL TIME SOME TIME FOR A PROPER RESPONSE FROM THE TRUST OFFICE SO I FEEL THAT TIME IS OF AN IMPORTANCE IN THIS MATTER, WHICH IS WHY I AM ASKING FOR THE CLERK'S ASSISTANCE IN THIS MATTER, IF THERE IS A BETTER OR MORE SIMPLE WAY TO FILE A BELATED FILING FEE WITH THE PETITION. I AM A LAYMAN OF THE LAW HOWEVER, I AM NOT AFRAID TO ASK IN THE INTEREST OF JUSTICE TO CORRECT WRONGS I HAD NO CONTROL OF.

DATED: JULY 12, 2007.                     RESPECTFULLY SUBMITTED

GILBERT CONTRERAS/IN PRO SE

///
//
/

# EXHIBIT



# A

# MULTI-PURPOSE FORM

**ATT: BRENDA**

TO: __**TRUST OFFICE**__                                                                    DATE: **JULY 12, 2007.**
         (Name)                            **SUPERVISOR**
                                                      (Title)

- ❑ MEDICAL CONCERN
- ❑ DENTAL CONCERN
- ❑ VISITING CONCERN
- ☒ REQUEST FOR INTERVIEW
- ❑ PACKAGE ROOM
- ❑ REQUEST FOR I.D. CARD
- ❑ REQUEST TO REVIEW CENTRAL FILE

- ❑ TRUST ACCOUNT BALANCE $ _____
- ❑ TRUST ACCOUNT WITHDRAWAL
- ❑ REQUEST FOR ROOM CHANGE
- ❑ REQUEST FOR UNIT CHANGE
- ❑ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❑ REQUEST FOR CHAPLAIN INTERVIEW
- ❑ MEDICALLY CLEARED FOR CULINARY REQUEST

- ❑ MAIL ROOM:  Request for metered envelopes *(No Funds)*
- ❑ E.P.R.D.:  You should be within six *(6)* months of release date to inquire

REASON FOR REQUEST *(Be specific: Explain your problem)*: __**(PLEASE SEE ATTACHED SUPPLIMENT PAGE)**__

_____

_____

_____

DATE: _____        STAFF RESPONSE: _____

_____

INMATE NAME: _____**CONTRERAS**_____    INMATE NUMBER: ____**E-59058**____    **DW-243 UPPER**
                                                                                                                              CELL: _____
ASSIGNMENT: _____**N/A**_____    HOURS: _____    RDO'S: _____

CTF-304 (Rev. 04-97)

(ATTACHED SUPPLIMENT PAGE TO CTF-304 MULTI-PURPOSE FORM)

TRUST OFFICE                                    JULY 12, 2007.
ATT: BRENDA/SUPERVISOR

    YOU MAY RECALL RECIEVING A PETITION OF HABEAS CORPUS (LEGAL MAIL) FROM
CCI ACEVES WITH A $5.00 DOLLAR CDC-193 TRUST ACCOUNT WITHDRAWAL ORDER, FOR THE
PURPOSE OF THE FILING FEE TO BE MAILED TO THE CLERK OF THE COURT OF THE UNITED
STATES DISTRICT FOR THE NORTHERN DISTRICT OF CALIFORNIA ON MARCH 8, 2007. ALONG
WITH A SELF ADDRESSED ENVELOPE. CCI ACEVES HAS JUST INFORMED ME THIS WEEK OF
JULY 9th, 2007. OVER A HUNDREN AND TWENTY DAYS (120) LATER THAT THE ENVELOPE
FOR THE PETITION WAS SUBSEQUENTLY LOST HERE IN THE TRUST OFFICE OF CALIFORNIA
TRAINING FACILITY-CENTRAL, SOLEDAD STATE PRISON, WHICH SIGNIFICANTLY DELAYED
THE MAILING OF THE PETITION TO THE COURT. THIS DELAY PLACES A HEAVY BURDEN UPON
ME AS THE FILING OF THIS PETITION IS SUBJECT TO STRICT TIME LIMITATIONS. HOWEVER,
YOU CAN EASE THIS BURDEN BY SUBMITTING A WRITTEN STATEMENT STATING TO THE FACT
THAT THIS DELAY OCCURRED AT THIS INSTITUTIONS TRUST OFFICE HERE IN SOLEDAD.

    SPECIFICALLY, THE DATE THE PETITION WAS RECIEVED, AND APPROXIMENTLY THE
DATE THE ENVELOPE WAS LOSTED. AND WHETHER THE PETITION WITH THE $5.00 DOLLAR
MONEY ORDER WAS EVER ACTUALLY MAILED TO THE COURT, OR NOT.

    ALL I AM ASKING IS JUST THE SIMPLE TRUTH IN THIS MATTER TO JUSTIFY THE
DELAY TO THE COURT. YOUR STATEMENT TO THE PARTICULAR DATES WOULD EXCUSE ANY
ALLEGED DELAY IN TIMELY FILING THE PETITION.

    YOUR SPEEDY REPLY WOULD BE GREATLY APPRECIATED. THANK YOU FOR YOUR TIME
AND ATTENTION IN THIS MATTER.

DATED: JULY 12, 2007.

                                        SINCERELY

                                        Gilbert R. Contreras
                                        GILBERT R. CONTRERAS

CC: C-FILE
    RECORDS
    CLERK OF THE COURT/DISTRICT
    CLERK OF THE SUPREME COURT
    WARDEN/CTF-C

# EXHIBIT

