IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,

    Petitioner,

  v.

B. CURRY,

    Respondent.
                                    /

No. C 07-03818 SBA (PR)

**ORDER OF DISMISSAL**

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has a pending habeas action with this Court challenging the same conviction and raising the same claims as in the instant petition. See Case No. C 07-3774 SBA (PR). Accordingly, the instant petition is dismissed as a duplicate petition to Case No. C 07-3774 SBA (PR). The Court will review Petitioner's claims in a separate written order.

    The Clerk of the Court shall enter judgment in accordance with this Order, terminate all pending motions, and close the file. No filing fee is due.

    IT IS SO ORDERED.

DATED: 9/4/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Contreras3818.DisDup.wpd

**United States District Court**<br>For the Northern District of California

1
2              UNITED STATES DISTRICT COURT
3                        FOR THE
4              NORTHERN DISTRICT OF CALIFORNIA
5
6
7  GILBERT CONTRERAS,                       Case Number: CV07-03818 SBA
8              Plaintiff,                   **CERTIFICATE OF SERVICE**
9     v.
10 B. CURRY et al,
11             Defendant.
12 _____/

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14
15 That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
16

17

18
   Gilbert Contreras E-59058
19 Soledad State Prison, CTF Central
   P.O. Box 689
20 Soledad, CA 93960-0689

21 Dated: September 5, 2007
                                      Richard W. Wieking, Clerk
22                                    By: LISA R CLARK, Deputy Clerk

23
24
25
26
27
28

P:\PRO-SE\SBA\HC.07\Contreras3818.DisDup.wpd                          2