IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT CONTRERAS,

    Petitioner,

v.

B. CURRY,

    Respondent.

No. C 07-03818 SBA (PR)

**JUDGMENT**

    This action is DISMISSED because it is duplicative of Petitioner's pending habeas action in Case No. C 07-3774 SBA (PR). A judgment of dismissal is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 9/4/07

                       SAUNDRA BROWN ARMSTRONG
                       UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Contreras3818.Jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CONTRERAS,<br><br>        Plaintiff,<br><br>    v.<br><br>B. CURRY et al,<br><br>        Defendant. | Case Number: CV07-03818 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert Contreras E-59058
Soledad State Prison, CTF Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: September 5, 2007

                    Richard W. Wieking, Clerk
                    By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Contreras3818.Jud.wpd   2